STATE OF CONNECTICUT *v.* JOHN H. GAGNON

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 694, is denied.

*John H. Gagnon,* pro se, in support of the petition.

*Paul J. Ferencek,* deputy assistant state's attorney, and *Mary Elizabeth Baran,* assistant state's attorney, in opposition.

Decided November 9, 1989

STATE OF CONNECTICUT *v.* MICHAEL J. MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 478, is granted, limited to the following issue:

"Does a good faith exception to the exclusionary rule exist under Connecticut law; and if so, did the Appellate Court err in concluding that the good faith exception was applicable in this case?"

*G. Douglas Nash,* chief of legal services, and *Richard Emanuel,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 9, 1989

JAMES J. SOTIRE, SR. *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 505, is denied.

*William F. Gallagher,* in support of the petition.

*Kathleen M. Byrne,* in opposition.

Decided November 9, 1989